**AFFIRM; and Opinion Filed December 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01185-CV

### IN THE INTEREST OF KA.D. AND KE.D., CHILDREN

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-14-783-W

## MEMORANDUM OPINION
Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Lang-Miers

Mother appeals the trial court's order terminating her parental rights to her two children.[1]

Mother's appointed counsel filed an *Anders* brief on Mother's behalf asserting that there are no arguable grounds for reversal and the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *In re D.D.*, 279 S.W.3d 849, 849–50 (Tex. App.—Dallas 2009, pet. denied) (procedures set forth in *Anders* are applicable to appeal from order terminating parental rights).

When an *Anders* brief is filed, our duty is to determine whether there are any arguable grounds for reversal and, if so, to remand the case to the trial court for the appointment of new counsel to address the issues. *See In re D.D.*, 279 S.W.3d at 850 (citing *Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005)). The *Anders* brief filed by Mother's appellate counsel

---

[1] The trial court also terminated Father's parental rights. Father did not appear at trial and is not a party to this appeal; he does not challenge the termination of his parental rights.

presents a professional evaluation of the record demonstrating why there are no arguable grounds for reversal. Counsel conducted a thorough review of the record and analysis of the legal and factual sufficiency of the evidence related to the grounds for termination and the best interest of the children. Counsel concluded that, after diligently reviewing the record and the law, there was no reversible error about which to argue on appeal and the appeal is frivolous and without merit. Counsel delivered a copy of the brief to Mother and notified Mother of her right to file a pro se response. Mother did not respond or file a pro se response.

We have reviewed the entire record and the *Anders* brief. *See In re D.D.*, 279 S.W.3d at 850. We agree there is no reversible error in the record and the appeal is frivolous and without merit. Accordingly, we affirm the trial court's final order terminating Mother's parental rights to her two children and grant counsel's motion to withdraw. *See id.*

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

151185F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF KA.D. AND
KE.D., CHILDREN

No. 05-15-01185-CV

On Appeal from the 304th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. JD-14-783-W.
Opinion delivered by Justice Lang-Miers,
Justices Brown and Schenck participating.


In accordance with this Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.


Judgment entered this 29th day of December, 2015.